JULIA CONKLIN, Appellant, *v.* JOHN W. DRAPER, Respondent.

(Argued October 3, 1930; decided October 21, 1930.)

*James B. McDonough, Jr.*, and *Arthur C. Power* for appellant.

*Lorenz J. Brosnan* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.